USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/28/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHNSON ET AL.,

        Plaintiffs,

-against-

AGS CJ CORPORATION,

        Defendant.

23-cv-02114 (ALC)

**Order**

**ANDREW L. CARTER, United States District Judge:**

    The Court is in receipt of Defendant's letter motion requesting that this matter be transferred to the Honorable Judge Ronnie Abrams. ECF No. 7. Plaintiffs are hereby **ORDERED** to respond to the Defendant's request on or by **Monday, May 1, 2023**.

**SO ORDERED.**

Dated:    April 28, 2023
           New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**