USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/15/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JOHNSON ET AL.,** | |
| Plaintiffs, | |
| -against- | **23-cv-02114 (ALC)** |
| **AGS CJ CORPORATION,** | **ORDER** |
| Defendant. | |

**ANDREW L. CARTER, United States District Judge:**

As discussed in today's pre-motion conference, the parties are **ORDERED** to file a joint status report on **June 5, 2023**. The parties will advise the Court as to whether they intend to continue settlement discussions. If the parties wish to brief Defendant's motion to dismiss, the parties are directed to provide a proposed briefing schedule in their joint status report.

**SO ORDERED.**

Dated:  May 15, 2023
        New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**